IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANIKA BEAULIEU,<br><br>        Plaintiff,<br><br>    v.<br><br>CIGNA HEALTHSPRING,<br><br>        Defendant. | No. 17-cv-5672<br><br>Honorable Judge Rebecca R. Pallmeyer |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE
ITS RESPONSIVE PLEADING AND FOR SUBSTITUTION OF DEFENDANT
CIGNA HEALTHSPRING FOR NEWQUEST MANAGEMENT OF ILLINOIS, LLC**

Defendant NewQuest Management of Illinois, LLC (incorrectly sued as "Cigna HealthSpring") ("Defendant"), by and through its attorneys, LITTLER MENDELSON, P.C., respectfully requests that this Court extend the time for Defendant to file its responsive pleading to Plaintiff's Amended Complaint by twenty-eight (28) days, up to and including December 22, 2017. Defendant also respectfully requests that this Court enter an order dismissing Cigna HealthSpring as defendant in this matter, and substituting NewQuest Management of Illinois, LLC as the defendant. In support of this Motion, Defendant states as follows[1]:

1. On November 2, 2017, Defendant was served with a copy of Plaintiff's Amended Complaint. Defendant's responsive pleading is currently due on Friday, November 24, 2017. [ECF No. 13].

2. Plaintiff's Amended Complaint is comprised of the Court's form "Complaint of Employment Discrimination", a six page, single-spaced "Exhibit A" that lists a multitude of

---

[1] Prior to filing this Motion, counsel for Defendant left a voicemail message for Plaintiff in an attempt to discuss Defendant's request for an extension of time and to substitute the defendant, but Defendant has not heard back from Plaintiff.

allegations against Defendant, and over fifty pages of exhibits. [*See* ECF No. 12.]

3. The undersigned counsel was recently retained to represent Defendant in this matter.

4. To permit counsel adequate time to investigate Plaintiff's allegations and draft Defendant's responsive pleading, Defendant respectfully requests an extension of time, up to and including December 22, 2017, to file its responsive pleading.

5. This is Defendant's first request for an extension of time in this matter. Defendant does not bring this Motion for purposes of delay, no party will be harmed by Defendant's requested extension, and the time for Defendant to file its responsive pleading has not expired.

6. Defendant also requests that this Court dismiss Cigna HealthSpring from this matter and substitute NewQuest Management of Illinois, LLC as the defendant.[2]

7. As established by the paystub that Plaintiff attached to her Amended Complaint [*see* ECF No. 12, p. 39][3], Cigna HealthSpring was not Plaintiff's employer at the time she was terminated – NewQuest Management of Illinois, LLC (a Cigna company) was Plaintiff's employer – and so Cigna HealthSpring is not the proper defendant in this matter.

**WHEREFORE,** Defendant respectfully requests that this Court extend the time for it to respond to Plaintiff's Amended Complaint up to and including December 22, 2017, and enter an order dismissing Cigna HealthSpring from this matter and substituting NewQuest Management of Illinois, LLC as the defendant.

[Signature follows on next page]

---

[2] Defendant will file its Local Rule 3.2 Notification as to Affiliates once this Motion is ruled upon.
[3] This Court should note that Plaintiff has attached the paystub of another employee to her Amended Complaint. Defendant does not know how Plaintiff obtained this paystub, which is why Defendant seeks to bring this to the Court's attention now.

-3-

Dated: November 21, 2017  Respectfully submitted,

By: /s/ *Keemya Maghsoudi*
*One of its attorneys*

Kwabena A. Appenteng
Keemya Maghsoudi
**LITTLER MENDELSON, P.C.**
321 North Clark Street, Suite 1000
Chicago, IL 60654
312.372.5520
*kappenteng@littler.com*
*kmaghsoudi@littler.com*

## CERTIFICATE OF SERVICE

Keemya Maghsoudi, an attorney, hereby certifies that on November 21, 2017 she caused a copy of ***Defendant's Motion for an Extension of Time to File its Responsive Pleading and For Substitution of Defendant Cigna HealthSpring for NewQuest Management of Illinois, LLC*** to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, and served a copy via FedEx upon the following:

>Tanika Beaulieu
>1131 E. 165th Street
>South Holland, IL 60473

>/s/ *Keemya Maghsoudi*
>*One of the attorneys for Defendant*

Firmwide:151310254.2 072174.1011