UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Tanika Beaulieu
                     Plaintiff,

v.                                         Case No.: 1:17−cv−05672
                                                       Honorable Rebecca R. Pallmeyer

Cigna HealthSpring, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 5, 2018:

      MINUTE entry before the Honorable Daniel G. Martin: The Court appoints Kenneth Matuszewski of Rabicoff Law LLC to represent the pro se plaintiff in this case solely for the limited purpose of assisting the plaintiff in connection with a settlement conference. Appointed counsel shall not be obligated to conduct any discovery or to prepare or respond to any motions and shall not be responsible for the trial of the case. On notice to the Court, appointed counsel may seek to end the representation of the pro se plaintiff upon completion of the settlement conference. The terms of this appointment were previously explained to the plaintiff by the Court at a status hearing in this case. The Clerk is directed to add Kenneth Matuszewski of Rabicoff Law LLC, 73 W. Monroe St., Chicago, IL 60603 to the docket but shall also send notice to the pro se plaintiff.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.