17CV5672

FILED
5/8/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**Response To Motion**

Tanika Ross   to:   Appenteng, Kwabena A.,
Ena_Ventura@ilnd.uscourts.gov

05/08/2018 12:40 PM

From: Tanika Ross <tross@student.kcc.edu>
To: "Appenteng, Kwabena A." <KAppenteng@littler.com>, "Ena_Ventura@ilnd.uscourts.gov" <Ena_Ventura@ilnd.uscourts.gov>
History: This message has been forwarded.

Dear Judge Pallmeyer:

Per your request, I am responding to the defendants motion to dismiss my case. However, I would like to take a moment of your time and tell you a little bit about myself, summarize some of the facts of my case and respectfully ask that you not dismiss it.

Your Honor, I was raised parentless. My mom was given up as a small child and the people who raised her molested and rape her from the time she was a little girl until she ran away at age 18. As a result of this happening to her, she met my father and he used drugs and physically abused her too. She would later leave him and marry my step father who also abused her and used drugs as well.

My mom was a kind, loving, church going woman. But, she had the mind set of a small child and with that being said. She was foolish to a lot of things. Ultimately, my mom and steph father was murdered due to my step father's drug addiction. My father on the other hand abuse drugs for over 30 years of my life, he is still living today but is slowly dying of cancer.

I grew up knowing something was not right with my family. I couldn't identify with anyone. As a result of that I became very introverted. I strived to not be like anyone of them but it was a struggle. For a long time I was stupid. I received bad grades throughout my childhood. I had to learn on my own. I taught myself how to read and write.

I accepted my life for what it was and eventually, I would graduate high school, grow up and land decent job, marry my husband, have a couple kids, give my kids the life I never had, and become proud of the woman I became regardless of my shortcomings. One would say I had very high self esteem because I was finally happy or at least whole.

Now I start Cigna and I am totally excited because I am in the medical industry and I love to help people. I thought perfect job. I would prove myself and work my way up but that wouldn't be the case. Instead, I was tortured, embarrassed, humiliated, discriminated, spit on, threatened, retaliated, teased and often referred to as you people or stupid.

I would sit through this for almost two years. There were times where I felt like I losing my mind thinking of committing suicide. I wouldn't because of my kids kisses and hugs and them telling me everyday that they love me. The thought did cross my mind though. I was depressed and in a lot of emotionally and physical pain. I took a lot of medication to feel better or just sleep.

I'm fighting for my case because someone could be going through this and may not be as strong as me and the outcome might be different. So, I'm taking a stand an trying to seek justice because they committed a crime and I was the victim.

I am able to produce witnesses, instant messages, emails and other documentation to prove my case. I also like to add that when I was employed there It was a chain of command and H.R. was not notified of everything; but after resigning from this organization, Human Resources took a stand against the four people who acted unethical or unethical and racist and they were all let go within 60 days of my leave.

Your Honor my mom didn't know a lot but she taught me one valuable thing and to me it's the best gift she could have given me. She taught me to be kind to everyone regardless of who it is or what they've done. She told me if I ever want to go to heaven just be kind. So I carry that and I try to live by it and sometimes it's not easy but I keep on trying. So now your Honor, I ask if you would be so kind and let me continue to fight for what's right. Thank you for your time.

Best regards.

Tanika Beaulieu