## NOTICE OF SERVICE OF DEFENDANT'S
## MANDATORY INITIAL DISCOVERY RESPONSES

Keemya Maghsoudi, an attorney, hereby certifies that on May 22, 2018, she caused a copy of *Defendant's Mandatory Initial Discovery Responses* to be served by electronic mail and FedEx on:

>Tanika Beaulieu
>1131 E. 165th Street
>South Holland, IL 60473
>*tross@student.kcc.edu*

On the same date, the above attorney caused a copy of this *Notice of Service of Defendant's Mandatory Initial Discovery Responses* to be electronically filed with the Clerk of the Court using the Court's CM/ECF (*electronic case filing*) system which sent electronic notice to the following ECF participant:

>Tanika Beaulieu
>1131 E. 165th Street
>South Holland, IL 60473
>*tross@student.kcc.edu*

>           *s/ Keemya Maghsoudi*
>    One of the attorneys for Defendant

Firmwide:151636445.7 072174.1011