# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Tanika Beaulieu

                Plaintiff,

v.                                                Case No.: 1:17−cv−05672
                                                    Honorable Rebecca R. Pallmeyer

Cigna HealthSpring, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 30, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Ruling held on 5/30/2018. Motion to dismiss [25] is granted. All claims other than race and retaliation are dismissed. Date for Plaintiff's MIDP disclosures extended to 6/11/2018. Plaintiff is directed promptly to provide dates for her deposition. Status hearing set for 8/8/2018 at 9:00 a.m., to set date for trial or dispositive motions. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.