UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Tanika Beaulieu
                       Plaintiff,

v.                                                   Case No.: 1:17−cv−05672
                                                  Honorable Rebecca R. Pallmeyer

Cigna HealthSpring, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 8, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 8/8/2018. Plaintiff's motion to compel production of documents not produced [47] is granted in part and denied in part. Status hearing set for 9/6/2018 at 12:00 PM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.