IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANIKA BEAULIEU,<br><br>        Plaintiff,<br><br>   v.<br><br>NEWQUEST MANAGEMENT OF ILLINOIS, LLC,<br><br>        Defendant. | No. 17-cv-05672<br><br>Honorable Judge Rebecca R. Pallmeyer |

**DEFENDANT NEWQUEST MANAGEMENT OF
ILLINOIS, LLC'S RESPONSE TO PLAINTIFF'S STATEMENT OF FACTS
IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant NEWQUEST MANAGEMENT OF ILLINOIS, LLC ("NewQuest"), by and through its attorneys, LITTLER MENDELSON, P.C., and pursuant to Local Rule 56.1(a), hereby responds to Plaintiff Tanika Beaulieu's ("Beaulieu") Statement of Facts in Opposition to Defendant's Motion for Summary Judgment" ("Additional Facts") [ECF No. 78]. As explained further below, none of Beaulieu's Additional Facts merit the denial of summary judgment in this matter.

NewQuest disputes all of Beaulieu's Additional Facts for the following reasons[1]:

1. Nine of Beaulieu's Additional Facts (Facts 11-13, 29, 31-35[2]) consist of her opinion about various incidents that occurred during her employment, or Beaulieu's argument that she perceived an incident to be discriminatory.

2. Twenty of the Additional Facts are unsupported by the cited materials (Facts 1-8,

---

[1] *See* Fed. R. Civ. P. 56(c)(1)(B) advisory committee's note (2010) ("Subdivision (c)(1)(B) recognizes that a party need not always point to specific record materials. One party, without citing any other materials, may respond or reply that materials cited to dispute or support a fact do not establish the absence or presence of a genuine dispute. And a party who does not have the trial burden of production may rely on a showing that a party who does have the trial burden cannot produce admissible evidence to carry its burden as to the fact.").

[2] Beaulieu misnumbers Additional Facts 33-35 as 31-33. [*See* ECF No. 78 at 6.] For purposes of clarity, NewQuest refers to these Facts as Facts 33-35.

10-11, 14-15, 20, 22, 25, 28, 30-33), and/or fail to cite to the record at all (Facts 9, 35).

Notably, Fact No. 7, in which Beaulieu describes being "physically assault[ed]" and spat on by Juan Salas is unsupported by the record evidence. Beaulieu contends: "During these meeting [*sic*] Juan Salas would violate me by unwantedly touching me. Physically assault me by spitting on me and belittle and scorn me for no reason." (Fact 7). However, Beaulieu testified in her deposition that Salas sat next to her during coaching sessions, and as a result, the saliva from his mouth hit her when he spoke. (Beaulieu Dep. at 16:6-22, 62:18-23). Moreover, Beaulieu at no point testified that Salas "belittled and scorned" her during these meetings; instead, she testified that by sitting next to her, suggesting that she needed additional training and identifying ways she could improve, Salas made her feel attacked and violated. (Beaulieu Dep. at 62:24-63:23, 73:2-74:17).

3. The remainder of the Additional Facts (Facts 16-27) merely recite or summarize portions of exhibits that Beaulieu submitted with her response brief, which bear no relevance to her claims.

For these reasons, NewQuest disputes each of Beaulieu's Additional Facts.

Dated: February 15, 2019

Respectfully submitted,

**NEWQUEST MANAGEMENT OF ILLINOIS, LLC**

Kwabena A. Appenteng
Keemya Maghsoudi
**LITTLER MENDELSON, P.C.**
321 North Clark Street, Suite 1000
Chicago, IL 60654
312.372.5520

   /s/ Keemya Maghsoudi
*One of its attorneys*

## CERTIFICATE OF SERVICE

Keemya Maghsoudi, an attorney, hereby certifies that on February 15, 2019, she caused a copy of the foregoing ***Defendant NewQuest Management of Illinois, LLC's Response to Plaintiff's Statement of Facts In Opposition to Defendant's Motion for Summary Judgment*** to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which sent notification via electronic mail of such filing to the following ECF participant:

> Tanika Beaulieu
> *tross@student.kcc.edu*

>       /s/ Keemya Maghsoudi
> *One of the Attorneys for NewQuest Management of Illinois, LLC*

FIRMWIDE:162268198.7 072174.1011